ACCEPTED
03-15-00333-CV
6108174
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/17/2015 9:04:28 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00333-CV

In the Court of Appeals
for the Third Judicial District of Texas
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/17/2015 9:04:28 AM
JEFFREY D. KYLE
Clerk

## JOSEPH P. THWEATT,

Appellant,

v.

## BILLINGSLEY HOUSE MOVING, INC., and OLIVER BILLINGSLEY,

Appellees.

On Appeal from the 353rd Judicial District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-14-005006

## AGREED MOTION TO DISMISS APPEAL

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 42.1, appellant, Joseph P. Thweatt, files this Agreed Motion to Dismiss Appeal, seeking voluntary dismissal of this appeal with prejudice.

Thweatt perfected this appeal by filing a notice of appeal on June 2, 2015, of an interlocutory order of the 353rd Judicial District Court of Travis County. The order denied a motion to dismiss a defamation claim asserted by Billingsley, which motion

Thweatt filed pursuant to Texas Civil Practices and Remedies Code chapter 27. The Parties have resolved the dispute between them with respect to the defamation claim only; therefore, Thweatt no longer wishes to prosecute this interlocutory appeal of his motion to dismiss the defamation claim. Accordingly, Thweatt requests that the Clerk dismiss this appeal with prejudice, with costs of appeal to be paid by the Thweatt.

Appellees Billingsley House Moving, Inc., and Oliver Billingsley are in agreement with this motion, as reflected by the signature of their counsel below.

Dated: 7/17/15

Respectfully submitted,

L. Lee Thweatt
State Bar No. 24008160
TERRY & THWEATT, P.C.
One Greenway Plaza, Suite 100
Houston, Texas 77046-0102
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
lthweatt@terrythweatt.com

Tom Murphy
Law Office of Tom Murphy
9600 Great Hills Trail, Suite 150 W
Austin, TX 78759
Telephone: (512) 477-5680
Facsimile: 512-493-0691
tom@tommurphyslaw.com

ATTORNEYS FOR APPELLEES

Carl R. Galant
State Bar No. 24050633
MCGINNIS LOCHRIDGE
600 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone: (512) 495-6083
Facsimile: (512) 505-6383
cgalant@mcginnislaw.com

ATTORNEYS FOR APPELLANT